# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Civil Action No. 18-cv-01105-RM-MEH

JOE HAND PROMOTIONS, INC.,

    Plaintiff,

v.

JEREMY CARTER, individually and as principal of Cyclone Zone, LLC; and
CYCLONE ZONE, LLC,

    Defendants.

---

## ORDER
---

    This case involves two claims for relief. Plaintiff's Motion for Default Judgment, which the Court granted, only addressed the first claim for relief. This left Count II for Copyright Infringement pending; therefore, final judgment was not entered. This matter is now before the Court on Plaintiff's Status Report (ECF No. 20), which was filed in response to the Court's April 2, 2019 Minute Order (ECF No. 19) directing Plaintiff to address how it intends to proceed on Count II in this matter. In the Status Report, Plaintiff requests the Court to dismiss Count II and enter final judgment as to Count I. The Court construes Plaintiff's request as that made under Fed. R. Civ. P. 41(a)(2) and, finding it sufficient, grants the same. Accordingly, it is ORDERED

    (1) That Plaintiff's request under Fed. R. Civ. P. 41(a)(2) to dismiss Count II is GRANTED;

    (2) That Count II of Plaintiff's Complaint is hereby DISMISSED WITHOUT PREJUDICE;

(3) That the Clerk shall enter final judgment in favor of Plaintiff and against Defendants on Count I of Plaintiff's Complaint in accordance with the Court's Order of October 1, 2018 (ECF No. 18); and

(4) That the Clerk shall thereafter close this case.

DATED this 18th day of April, 2019.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge